# In the Supreme Court of the State of Alaska

## Notice of Petition for Rehearing

Date:      August 3, 2017

To:        West Publishing Company
           Via Email - akcrts@westdcs.west.thomson.com

           LexisNexis
           Via Email - source.acquisition@lexisnexis.com
           Anna.garcia@lexisnexis.com

From:      Marilyn May
           Clerk of the Appellate Court
           303 K Street
           Anchorage, AK 99501
           Phone No. 907-264-0612
           Fax No. 907-264-0878

Re:        **Kelly C. v. State of Alaska, DHSS, OCS**
           Trial Court Case No. **3PA-14-00206CN**
           Supreme Court No. S-**16356**


A petition for rehearing of MO&J # 1644, which was issued in this case on 7/19/2017, was filed on 8/2/2017. We will notify you when the court rules on this petition by sending you a copy of the order disposing of the petition.